IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THERESA GARAFOLO | : | |
| | : | |
| Plaintiff | : | No.:  07-cv-11165 |
| v. | : | |
| | : | |
| HEALTHCARE SERVICES GROUP, INC. | : | |
| | : | DEFENDANT'S CORPORATE |
| Defendant | : | DISCLOSURE |

Defendant, Healthcare Services Group, Inc., by its counsel, provides the following information pursuant to F.R.C.P. 7.1.

1.  Healthcare Services Group, Inc. is a publicly held corporation, incorporated in the Commonwealth of Pennsylvania, and headquartered in Bensalem, Pennsylvania.

2.  No publicly held corporation or company owns 10% or more of the stock of Healthcare Services Group, Inc.

                         Respectfully submitted,

                        COZEN O'CONNOR

By: */s/Jeffrey I. Pasek (JP6213)*
    JEFFREY I. PASEK (JP6213)
    JEFFREY L. BRAFF (JB7234)
   1900 Market Street
   Philadelphia, PA 19103
   (215) 665-2048

   TIMOTHY J. McCARTNEY, ESQUIRE
   Corporate Counsel
   Healthcare Services Group, Inc.
   3220 Tillman Drive
   Glenview Corporate Center, Suite 300
   Bensalem, PA  19020

   Attorneys for Defendant
Date:  February 27, 2008            Healthcare Services Group, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt including:

      William J. Sipser, Esquire
      Tuckner, Sipser, Weinstock & Sipser LLP
      120 Broadway, 18th Floor
      New York, NY 10271

      Counsel for Plaintiff

On this 27th day of February, 2008.

      /s/ *Jeffrey L. Braff (JB7234)*
      **Jeffrey L. Braff, Esquire**