IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THERESA GARAFOLO     :
    :
          Plaintiff     :     No.: 07-cv-11165
v.     :
    :
HEALTHCARE SERVICES GROUP, INC.     :
    :     MOTION TO ADMIT COUNSEL
          Defendant     :     *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael C. Schmidt, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of Jeffrey L. Braff, Cozen O'Connor, 1900 Market Street, Philadelphia, PA 19103, 215-665-5504 (phone), 215-701-2048 (fax).

JEFFREY L. BRAFF is a member in good standing of the Bar of the Commonwealth of Pennsylvania and the State of New Jersey.

There are no pending disciplinary proceeding against Jeffrey L. Braff in any State or Federal Court.

Dated: 3/13/08
New York, New York

                                               Respectfully submitted,

                                               Michael C. Schmidt
                                               MS-7841
                                               Cozen O'Connor
                                               909 Third Avenue, 17th Floor
                                               New York, NY 10022
                                               (212) 453-3937 (phone)
                                               (212) 207-4938 (fax)

PHILADELPHIA\3584937\1 220380.000

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THERESA GARAFOLO | : | |
| | : | |
| Plaintiff | : | No.: 07-cv-11165 |
| v. | : | |
| | : | |
| HEALTHCARE SERVICES GROUP, INC. | : | AFFIDAVIT OF MICHAEL C. SCHMIDT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |
| | : | |
| | : | |
| Defendant | : | |

State of New York    )
                              ss:
County of New York  )

Michael C. Schmidt, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at Cozen O'Connor, counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Jeffrey L. Braff as counsel *pro hac vice* to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1994. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Jeffrey L. Braff since March of 2005.

4. Mr. Braff is also an attorney at Cozen O'Connor. His office is based in Philadelphia, Pennsylvania.

5. I have found Mr. Braff to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Jeffrey L. Braff, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Jeffrey L. Braff, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Jeffrey L. Braff, *pro hac vice*, to represent Defendant in the above captioned matter, be granted.

Dated: 3/13/08

New York, New York

                                            Respectfully submitted,

                                            Michael C. Schmidt
                                            MS-7841
                                            Cozen O'Connor
                                            909 Third Avenue, 17th Floor
                                            New York, NY  10022
                                            (212) 453-3937 (phone)
                                            (212) 207-4938 (fax)

Sworn to before me this
13th day of March 2008

_____
Notary Public

                          TODD V. LAMB
                Notary Public, State of New York
                      No. 02LA5040678
                  Qualified in New York County
              Commission Expires Mar. 20, 2011

PHILADELPHIA\3584951\1 220380.000

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THERESA GARAFOLO | : | |
| Plaintiff | : | No.: 07-cv-11165 |
| v. | : | |
| HEALTHCARE SERVICES GROUP, INC. | : | ORDER FOR ADMISSION |
| | : | *PRO HAC VICE* |
| Defendant | : | ON WRITTEN MOTION |

Upon the motion of Michael C. Schmidt, attorney for Healthcare Services Group, Inc. and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that Jeffrey L. Braff, Cozen O'Connor, 1900 Market Street, Philadelphia, PA 19103, 215-665-5504 (phone), 215-701-2048 (fax), jbraff@cozen.com., is admitted to practice *pro hac vice* as counsel for Healthcare Services Group, Inc in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:

New York, New York

_____
United States District/Magistrate Judge



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Jeffrey L. Braff, Esq.*

DATE OF ADMISSION

*October 17, 1978*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: March 6, 2008

_____
John W. Person, Jr., Esq.
Deputy Prothonotary

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **JEFFREY LEWIS BRAFF** (No. **009641991**) was constituted and appointed an Attorney at Law of New Jersey on **October 16, 1991** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **7TH** day of **March**, 20 **08**

Clerk of the Supreme Court

-453a-

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                       ) ss
COUNTY OF NEW YORK     )

Sandra C. LaForey, being duly sworn, deposes and says that: Deponent is not a party to this action, is over 18 years of age and is employed by Cozen O'Connor, 909 Third Avenue, New York, New York 10022.

On March 13, 2008, Deponent served the within MOTION TO ADMIT COUNSEL *PRO HAC VICE* upon:

> William J. Sipser, Esq.
> Tuckner, Sipser, Weinstock & Sipser
> 120 Broadway - 18th Floor
> New York, New York 10271

by depositing a true copy thereof in a securely sealed, properly addressed fully postpaid, first class mail wrapper in an official depository under the exclusive care and custody of the United States.

_____
Sandra C. LaForey

Sworn to before me this 13th
day of March, 2008.

_____
Notary Public

JOSEF F. ABT
Notary Public, State of New York
No. 02AB6040009
Qualified in Queens County
Commission Expires April 10, 2010