USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **THERESA GARAFOLO** | : | |
| | : | |
| **Plaintiff** | : | No.: **07-cv-11165** |
| **v.** | : | |
| | : | |
| **HEALTHCARE SERVICES GROUP, INC.** | : | **ORDER FOR ADMISSION** |
| | : | *PRO HAC VICE* |
| **Defendant** | : | **ON WRITTEN MOTION** |

Upon the motion of Michael C. Schmidt, attorney for Healthcare Services Group, Inc. and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that Jeffrey L. Braff, Cozen O'Connor, 1900 Market Street, Philadelphia, PA 19103, 215-665-5504 (phone), 215-701-2048 (fax), jbraff@cozen.com., is admitted to practice *pro hac vice* as counsel for Healthcare Services Group, Inc in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:   3-19-08

New York, New York

_____
United States District/Magistrate Judge