**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **THERESA GARAFOLO** | : | |
| | : | |
| **Plaintiff** | : | No.: **07-cv-11165** |
| **v.** | : | |
| | : | |
| **HEALTHCARE SERVICES GROUP, INC.** | : | |
| | : | **ENTRY OF APPEARANCE** |
| **Defendant** | : | |

**To the Clerk of the Court and all parties of record:**

Please enter my appearance as counsel in this case on behalf of Defendant Healthcare

Services Group, Inc.  I was admitted to this Court *pro hac vice* by Order dated 3/19/08.

Dated:  May 19, 2008

New York, New York

Respectfully submitted,

_/s Jeffrey L. Braff_____
Jeffrey L. Braff, Esquire
Cozen O'Connor
1900 Market Street, The Atrium
Philadelphia, PA  19103
(215) 665-2048 (phone)
(215) 701-2048 (fax)

## CERTIFICATE OF SERVICE

I  hereby certify that a copy of the foregoing was filed electronically on May 19, 2008.

Notice of this filing will be sent by operation of the Court's electronic filing system to all parties

indicated on the electronic filing receipt including:

William J. Sipser, Esquire
Tuckner, Sipser, Weinstock & Sipser LLP
120 Broadway, 18th Floor
New York, NY 10271
Counsel for Plaintiff


/Jeffrey L. Braff_____
JEFFREY L. BRAFF


PHILADELPHIA\3681997\1  220380.000

2