UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THERESA GARAFOLO,

                Plaintiff,

    -against-

HEALTHCARE SERVICES GROUP, INC.,
                Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06 MAY 2009

07 CIVIL 11165(PAC)

**JUDGMENT**

A Jury Trial before the Honorable Paul A. Crotty, United States District Judge, having begun on April 20, 2009, and at the conclusion of the trial, on April 23, 2009, the jury having rendered a verdict in favor of the plaintiff in the amount of $65,000.00 in Back Pay; $85,000.00 in Front Pay; $75,000.00 in Compensatory Damages; and $775,000.00 in Punitive Damages, it is,

**ORDERED, ADJUDGED AND DECREED:** That the plaintiff have judgment in the sum of $1,000,000.00 as against the defendant.

DATED: New York, New York
         May 6, 2009

                                      J. MICHAEL McMAHON
                                      Clerk of Court

So Ordered:

                                    BY:

_____                             _____
   U.S.D.J.                                                     Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____